O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR VASQUEZ,<br><br>    Petitioner,<br><br>v.<br><br>JEFF SESSIONS, U.S. Attorney General, et al.,<br><br>    Respondents. | Case No. 2:18-cv-00688-CAS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 5). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 7) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition for lack of subject matter jurisdiction.

/ / /

| | |
|---|---|
| 1 | The Court notes that, as a federal prisoner proceeding under 28 U.S.C. |
| 2 | § 2241, Petitioner is *not* required to obtain a certificate of appealability ("COA") in |
| 3 | order to appeal to the United States Court of Appeals in this case. <u>See</u> <u>Harrison v.</u> |
| 4 | <u>Ollison</u>, 519 F.3d 952, 958 (9th Cir. 2008) (holding that the plain language of 28 |
| 5 | U.S.C. § 2253(c)(1) does not require federal prisoners bringing § 2241 petitions to |
| 6 | obtain a COA in order to appeal, unless the § 2241 petition "is merely a 'disguised' |
| 7 | § 2255 petition"); <u>see</u> <u>e.g.</u>, <u>Tomlinson v. Caraway</u>, No. 14-020094-VBF (KK), 2014 |
| 8 | WL 4656432, at *1 (C.D. Cal. Sept. 16, 2014) (adopting report and |
| 9 | recommendation and noting that petitioner in federal custody was not required to |
| 10 | obtain a COA to appeal the denial of his § 2241 petition). |

DATED: March 15, 2018

*Christina A. Snyder*
—
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE