JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR VASQUEZ,<br>    Petitioner,<br>v.<br>JEFF SESSIONS, U.S. Attorney General, et al.,<br>    Respondents. | Case No. 2:18-cv-00688-CAS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed for lack of subject matter jurisdiction.

DATED: March 15, 2018

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE